Michael J. Aed, SBN 204090
LAW OFFICE OF MICHAEL J. AED
2115 Kern Street, Ste. 1
Fresno, California 93721
Phone: 559-825-4600
Fax:    559-272-8411

Attorney for Defendant,

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 1:20 CR 00050 SKO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MARCH 16, |
| ) | 2020 STATUS CONFERENCE; ORDER |
| vs. ) | |
| ) | DATE:    March 16, 2020 |
| MARCOS AGUILERA-ELORZA, ) | TIME:     1:00 p.m. |
| ) | Location: #7 |
| Defendant. ) | Magistrate Judge Sheila K. Oberto |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties March 16, 2020 status conference hearing may be continued to 1:00 p.m. on Monday, May 18, 2020.

The parties (AUSA and Defense Counsel) base this stipulation on good cause as follows: There is current local and national uncertainty related to the Covid-19 virus. This is the first status conference related to this case. Defense counsel recently received discovery. Since the arraignment on the indictment, Defense counsel has met with Mr. Aguilera-Elorza with a Spanish interpreter in the Fresno County Jail. Since that jail visit, the Fresno County Sheriff's Office has suspended family visits and substantially restricted professional visits. The parties

agree that a stipulation is appropriate in order to allow those issues to be resolved prior to proceeding to the next status conference hearing on Mr. Aguilera-Elorza's case. The parties will continue to meet and confer about this issue and advise the court of any updates.

For the above stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED: March 16, 2020

Laura Withers
United States Attorney
By: /S/ Laura Withers
United States Attorney

DATED: March 16, 2020

By: /S/Michael J. Aed
Attorney for Defendant
Marco Aguilera-Elorza

## **ORDER**

IT IS SO ORDERED.

Dated: **March 16, 2020**      /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE