**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
MARCOS AGUILERA-ELORZA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00050-NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | |
| MARCOS AGUILERA-ELORZA, | Date: April 1, 2021<br>Time: 9:30 a.m.<br>Dept.: 4 |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Change of Plea set for April 1, 2021, at 9:30 a.m. be continued to April 9, 2021, at 9:30 a.m.

Good cause exists for this request, by both parties, to continue this matter. Defense Counsel learned on March 30, 2021, that the Defendant has been taken to the hospital for medical treatment. His return to the jail is undetermined at this time.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 1, 2021, through April 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

Date:  April 1, 2021   By:  */s/Laura Withers*
LAURA WITHERS
Assistant United States Attorney

Respectfully submitted,

Date:  April 1, 2021   By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Defense Attorney for MARCOS AGUILERA-ELORZA

## ORDER

**IT IS SO ORDERED.** Good cause having been shown, the Change of Plea hearing currently set for April 1, 2021, at 9:30 a.m. is continued to April 9, 2021, at 9:30 a.m.  Time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **April 2, 2021**

UNITED STATES DISTRICT JUDGE