IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCOS AGUILERA-ELORZA,<br><br>　　　　　　　　Defendant. | Case No.:  1:20-CR-00050-001 NONE SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on April 23, 2021, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.  This Order in no way addresses any potential or existing Immigration or Deportation issues.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **April 23, 2021**　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE